

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of S.S., S.S.
and S.S., children

No. 11-24-00263-CV

\* From the 326th District Court
of Taylor County,
Trial Court No. 10724-CX.

\* December 12, 2024

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellants' unopposed motions to dismiss this appeal and concludes that the motions should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.